IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANTONIO McGHEE, #206310,      )
                           )
     Plaintiff,         )
                           )
     v.                   )    CIVIL ACTION NO. 2:11-CV-856-WHA
                           )             [WO]
                           )
GARY HETZEL, et al.,        )
                           )
     Defendants.      )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This case is before the court on a 42 U.S.C. § 1983 complaint filed by Antonio McGhee ["McGhee"], a state inmate, in which he challenges conditions of confinement at the Easterling Correctional Facility. At the time he filed this complaint, McGhee did not pay the requisite $350.00 filing fee nor did he submit an affidavit in support of a motion for leave to proceed *in forma pauperis*. Thus, the court did not have the information necessary to determine whether McGhee should be allowed to proceed *in forma pauperis* in this case and, therefore, entered an order requiring that McGhee provide the court with such information on or before October 27, 2011. Order of October 12, 2011 (Doc. No. 3) at 1-2. The court specifically cautioned McGhee that his failure to comply with the directives of this order would result in a recommendation that this case be dismissed. *Id*. at 2.

As of the present date, McGhee has filed nothing in response to the October 12, 2011 Order. The court therefore concludes that this case is due to be dismissed for such failure.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case

be dismissed without prejudice for McGhee's failure to provide the court with the necessary financial information in compliance with the orders of this court.

It is further

ORDERED that on or before **November 15, 2011**, the parties may file objections to the Recommendation.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which a party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and advisements in the Magistrate Judge's Recommendation shall bar the party from a *de novo* determination by the District Court of issues covered in the Recommendation and shall bar the party from attacking on appeal factual findings in the Recommendation accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Sec., Inc*., 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (en banc) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 1st day of November, 2011.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

2